IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHANNON PENNINGTON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. _____ |
| CITY VIEW INDEPENDENT SCHOOL DISTRICT, JESSE THOMAS, KIM WILLIAMS, and KYLE COLLIER, | § § § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 United States Code Sections 1331, 1441, and 1446, Defendant City View Independent School District (City View ISD or the District) removes Plaintiff's Original Petition (the State Court Action) in Cause No. DC30-CV2025-0168 from the 30th Judicial District Court of Wichita County, Texas, to the United States District Court for the Northern District of Texas, Wichita Falls Division, and would respectfully show the Court as follows:

### I.  SUMMARY OF STATE COURT ACTION

1. Plaintiff Shannon Pennington filed suit against City View ISD and its employees, Jesse Thomas, Carrie Allen, Kim Williams, and Kyle Collier, on January 23, 2025. Included in Plaintiff's allegations against the District and its employees is a claim for alleged "[c]onspiracy and conduct to deprive of free speech rights guaranteed by the First Amendment because of viewpoint" asserted via 42 U.S.C. § 1983, which put the District on notice that Plaintiff's claim arise under federal law.

2. City View ISD voluntarily appeared after receiving a courtesy copy of Plaintiff's lawsuit on January 23, 2025, and, as such, it timely removed the matter to this Court pursuant to

28 U.S.C. § 1446(b).

3. After the state court clerk rejected Plaintiff's Original Petition, instead of re-urging her request for a Temporary Restraining Order with this Court in the by then removed case, Plaintiff filed a new lawsuit this morning that omitted the federal claims, as well as a defendant. (Attachment B). The only reason to remove the claims would be to evade this Court's jurisdiction. The District now timely removes this related State Court Action to federal court.

4. Plaintiff has yet to serve Jesse Thomas, Kim Williams, and Kyle Collier. However, once Jesse Thomas, Carrie Allen, Kim Williams, and Kyle Collier are properly served, they will consent to removal of this matter to federal court.

## II.  JURISDICTION

5. The State Court Action is removable under 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Any civil action brought in a state court may be removed without regard to the citizenship of the parties when the district courts of the United States have original jurisdiction.[1] District courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws of the United States.[2]

6. Plaintiff's Petition is almost identical to the previously removed lawsuit, but Plaintiff removed the explicit reference to 42 U.S.C. § 1983. On the face of the pleading, and in comparison to the matter already before the Court, the State Court Action is removable and the matter it directly related to the pending case.[3] The Petition necessarily raises a substantial and actually disputed federal question.[4]

---

[1] 28 U.S.C. § 1441(a).
[2] 28 U.S.C. § 1331.
[3] *See* 28 U.S.C.§ 1441(a)
[4]

7. More specifically, Plaintiff's Petition alleges "school districts across the State have increasingly acted with impunity to deprive parents of their rights and suppress free speech that they do not like" and "City View ISD officials did not like Plaintiff's decision to call out their improper and unlawful behavior, and they used the criminal trespass warning to punish her for it." (Attachment B, pp.3, 5).

8. Moreover, the Court has jurisdiction over the entirety of the State Court Action, because the remaining state law claims arise out of "a common nucleus of operative facts" as the constitutional claims.[5] Specifically, all claims are based on Plaintiff's allegations regarding her complaints to the District and Criminal Trespass issued to Plaintiff. As stated in statute, the remaining claims are "so related" to the federal constitutional claim "that they form part of the same case or controversy" and give the Court supplemental jurisdiction over those claims.[6]

### III.    REMOVAL REQUIREMENTS

9. Filed simultaneously herewith is an index of the pleadings from the State Court Action, a copy of the State Court Action docket sheet and copies of all pleadings asserting causes of action filed in the State Court Action.

WHEREFORE, PREMISES CONSIDERED, Defendant City View ISD respectfully requests that the State Court Action be removed to this Court for trial and determination, that all further proceedings in the State Court Action be stayed, and that Defendant have all additional relief to which it may be justly entitled.

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker

---

[5] *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).
[6] *See* 28 U.S.C. § 1367(a).

           State Bar No. 24056487

           WALSH GALLEGOS KYLE
           ROBINSON & ROALSON P.C.
           105 Decker Court, Suite 700
           Irving, Texas 75062
           214.574.8800
           214.574.8801 (facsimile)
           mwalker@wabsa.com

           ATTORNEYS FOR DEFENDANT
           CITY VIEW INDEPENDENT
           SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

On January 24, 2025, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

  Janelle L. Davis
  Janelle L. Davis Law, PLLC
  P.O. Box 1311
  Prosper, Texas 75078

           /s/ Meredith Prykryl Walker
           Meredith Prykryl Walker